# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CEDRIC GREENE, | Case No. 2:15-cv-00815-APG-PAL |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT OF FINDINGS AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE** |
| LOS ANGELES POLICE DEPARTMENT, | |
| Defendant. | (Dkt. #2) |

On May 7, 2015, Magistrate Judge Leen entered her Order and Report of Findings and Recommendation (Dkt. #2) recommending I dismiss the complaint because this court has no personal jurisdiction over the Los Angeles Police Department for actions that entity allegedly took in Los Angeles, California. Additionally, Judge Leen concluded the statute of limitations on this claim has expired; the complaint alleges the incident took place on September 24, 2012, but Greene did not file this complaint until April 30, 2015. Finally, Judge Leen found venue was improper here because the events occurred in Los Angeles, California, and that is where the defendant resides. Judge Leen noted that Greene has filed this action here, even though it properly belongs in a California court, because the Central District of California has declared him a vexatious litigant. Judge Leen recommends I dismiss the complaint with prejudice because Greene cannot cure these deficiencies with amendment. Greene filed an objection to the report and recommendation. (Dkt. #6.)

I conducted a *de novo* review of the issues set forth in the Report of Findings and Recommendation. 28 U.S.C. § 636(b)(1). Judge Leen's Report of Findings and Recommendation sets forth the proper legal analysis and factual basis for the decision.

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Judge Leen's Report of Findings and Recommendation **(Dkt. #2) is accepted.  This action is DISMISSED with prejudice**.

DATED this 4th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE